AMERICAN TOOL COMPANY, Appellant, *v.* GEORGE J. SMITH, Respondent.

(Submitted June 17, 1884; decided June 27, 1884.)

*William J. A. McGrath* for appellant.

*E. Henry LaCombe* and *John J. Townsend, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

HORATIO G. ONDERDONK, Respondent, *v.* WILLIAM CONSELYEA et al., Appellants.

(Argued June 19, 1884, decided June 27, 1884.)

*James J. Thomson* for appellant.

*D. P. Barnard* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

KATE MOEBUS, Appellant, *v.* HENRY HERRMANN, Respondent.

(Submitted June 19, 1884; decided June 27, 1884.)

*Carpenter & Roderick* for appellant.

*Morris & Pearsall* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.